**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| LANCE MATHIS, | ) | CASE NO. 5:07CV2356 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JULIUS WILSON, | ) | |
| | ) | |
| Defendant(s). | ) | **J U D G M E N T** |

The Court has filed its Opinion and Order in the above-captioned matter adopting the Magistrate Judge Report and Recommendation and denying Petitioner's Petition for Writ of Habeas Corpus.

Furthermore, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

 S/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

July 28, 2008